UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 MAR 11 PM 2:57
CLERK M Akins
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATE OF AMERICA | ) |
| | ) |
| V. | ) INDICTMENT NO. CR 113-220 |
| | ) |
| JORGE PEREZ RODRIGUEZ | ) |

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Georgia hereby dismisses without prejudice the above-referenced Indictment filed against the defendant, who has been in fugitive status since the case was indicted and his whereabouts remain unknown.

*/s/ Brain T. Rafferty*
Brian T. Rafferty
Assistant United States Attorney
Chief, Criminal Division

*/s/ Patricia G. Rhodes*
Patricia G. Rhodes
Assistant United States Attorney
Deputy Chief, Criminal Division

Leave of Court is granted for the filing of the foregoing dismissal.

This 11th day of March, 2019.

J. RANDAL HALL
CHIEF JUDGE
UNITED STATES DISTRICT
SOUTHERN DISTRICT OF GEORGIA